IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| JONATHAN LALEWICZ, | : | |
| Plaintiff, | : | No. 4:24-cv-00044-TRM |
| vs. | : | |
| WARNERMEDIA DIRECT, LLC, | : | |
| Defendant. | | |

**DECLARATION OF MICHAEL W. McTIGUE JR. IN SUPPORT OF DEFENDANT'S REPLY IN FURTHER SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**

I, Michael W. McTigue Jr., declare and state as follows:

1. I am over the age of 18 and not a party to this action. I am an attorney that has been admitted *pro hac vice* to practice before this court in the above-captioned matter. I am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel for Defendant WarnerMedia Direct, LLC. I submit this declaration in support of Defendant's Reply In Further Support Of Defendant's Motion To Compel Arbitration. I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Declaration of Naomi Waibel In Support Of Defendant's Motion To Transfer and Motion To Compel Arbitration, which was filed in this matter on June 18, 2024, at ECF No. 15.

3. Attached as Exhibit 2 is a true and correct copy of the Max Terms of Use dated May 23, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2024, in New York, New York.

_/s/ *Michael W. McTigue Jr.*

Michael W. McTigue Jr.