UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JONATHAN LALEWICZ, :
:
Plaintiff, :
: 24-CV-6173 (JMF)
-v- :
: ORDER
WARNERMEDIA DIRECT, LLC, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 14, 2024, the above-captioned case was transferred to this Court from the Eastern District of Tennessee.  *See* ECF Nos. 30-32.  When Defendant's motion to transfer this case was granted, ECF No. 30, two other motions were ripe for resolution and denied as moot in light of the transfer: a motion to remand filed by Plaintiff, ECF No. 12, and a motion to compel arbitration filed by Defendant, ECF No. 16.  The parties shall meet and confer and, **within one week of the date of this Order**, file a joint letter on the docket (1) indicating whether the parties intend to renew one or both of those motions and (2) proposing a briefing schedule with respect to any motion(s) to be renewed.

      SO ORDERED.

Dated: August 27, 2024                         _____
      New York, New York                         JESSE M. FURMAN
                                                          United States District Judge