UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN LALEWICZ, Plaintiff, | |
| - v. - | Civil Action No. 1:24-CV-06173-JMF |
| WARNERMEDIA DIRECT, LLC, Defendant. | |

**NOTICE OF DEFENDANT'S MOTION TO COMPEL ARBITRATION BEFORE NATIONAL ARBITRATION AND MEDIATION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated September 25, 2024; the accompanying Declaration of Michael W. McTigue Jr., and the exhibits thereto; and all prior pleadings and proceedings herein, Defendant WarnerMedia Direct, LLC, will move this Court, before the Honorable Jesse M. Furman, at the United States Courthouse, 40 Foley Square, Courtroom 706, New York, New York 10007, on a date and time to be determined by the Court, for an order pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, (i) compelling Plaintiff Jonathan Lalewicz to arbitrate his claim before National Arbitration and Mediation upon his satisfaction of the pre-filing requirements set forth in the HBO Max Terms of Use dated December 20, 2022, and the Max Terms of Use dated May 23, 2023; (ii) staying this action pending the outcome of any arbitration; and (iii) granting Defendant WarnerMedia Direct, LLC, such other and further relief as the Court deems just and proper. Pursuant the Court's order dated September 3, 2024, ECF No. 39, Plaintiff's response, if any, is due on or before October 16, 2024, and Defendant's reply in further support of the Motion is due on or before October 30, 2024.

Dated: New York, New York
September 25, 2024

Respectfully submitted,

*/s/ Michael W. McTigue Jr.*
Michael W. McTigue Jr.
(Michael.McTigue@skadden.com)
Meredith C. Slawe
(Meredith.Slawe@skadden.com)
SKADDEN ARPS SLATE
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendant WarnerMedia Direct, LLC*