UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JONATHAN LALEWICZ, :

Plaintiff, :

vs. :

WARNERMEDIA DIRECT, LLC, :

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 1:24-CV-06173-JMF

**DECLARATION OF MICHAEL W. McTIGUE JR. IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**

I, Michael W. McTigue Jr., declare and state as follows:

1. I am over the age of 18 and not a party to this action. I am an attorney that has been admitted *pro hac vice* to practice before this court in the above-captioned matter. I am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel for Defendant WarnerMedia Direct, LLC. I submit this declaration in support of Defendant's Motion to Compel Arbitration. I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Declaration of Naomi Waibel in Support of Defendant's Motion to Transfer and Motion to Compel Arbitration, which was filed in the matter *Lalewicz v Warnermedia Direct, LLC*, Civil Action No. 4:24-cv-00044-TRM (W.D. Tenn.) on June 18, 2024, at ECF No. 15.

3. Attached as Exhibit 2 is a true and correct copy of the HBO Max Terms of Use dated November 1, 2022.

4. Attached as Exhibit 3 is a true and correct copy of the HBO Max Terms of Use dated December 20, 2023.

5. Attached as Exhibit 4 is a true and correct copy of the Max Terms of Use dated May 23, 2023.

6. Attached as Exhibit 5 is a true and correct copy of the complaint filed against Keller Postman LLC on May 31, 2024, in the matter *Tubi, Inc. v. Keller Postman LLC*, No. 24-cv-01616 (D. D.C. 2024).

7. Attached as Exhibit 6 is a true and correct copy of the January 5, 2023, letter sent from Keller Postman LLC on behalf of Plaintiff to Defendant, purporting to reject the changes to the HBO Terms of Use.

8. Attached as Exhibit 7 is a true and correct copy of Plaintiff's pre-arbitration notice of dispute dated January 5, 2023.

9. Attached as Exhibit 8 is a true and correct copy of an August 11, 2023, letter from the American Arbitration Association to Keller Postman LLC and Skadden, Arps, Slate, Meagher & Flom LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2024, in New York, New York.

/s/ *Michael W. McTigue Jr.*

Michael W. McTigue Jr.