UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN LALEWICZ, Plaintiff, vs. WARNERMEDIA DIRECT, LLC, Defendant. | Civil Action No. 1:24-CV-06173-JMF |

**REPLY DECLARATION OF MICHAEL W. McTIGUE JR. IN FURTHER SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**

I, Michael W. McTigue Jr., declare and state as follows:

1. I am over the age of 18 and not a party to this action. I am an attorney admitted to practice before the courts of the State of New York and have been admitted to this Court. I am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel for Defendant WarnerMedia Direct, LLC. I submit this declaration in further support of Defendant's motion to compel arbitration. I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2. Attached as Reply Exhibit 1 is a true and correct copy of the HBO Max Terms of Use dated December 20, 2022.

3. Attached as Reply Exhibit 2 is a true and correct copy of the Max Terms of Use dated May 23, 2023.

4. Attached as Reply Exhibit 3 is a true and correct copy of the HBO Max Terms of Use dated November 1, 2022.

5. Attached as Reply Exhibit 4 is a true and correct copy of the Declaration of Naomi Waibel in Support of Defendant's Motion to Transfer and Motion to Compel Arbitration, which was filed in this matter on June 18, 2024, at ECF No. 18.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2024, in New York, New York.

/s/ *Michael W. McTigue Jr.*

Michael W. McTigue Jr.