SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001-8602
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3529
DIRECT FAX
(212) 777-3529
EMAIL ADDRESS
MICHAEL.MCTIGUE@SKADDEN.COM

January 14, 2025

**VIA ECF FILING**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Lalewicz v. WarnerMedia Direct, LLC</u>, No. 1:24-cv-06173-JMF

Dear Judge Furman:

      We represent Defendant WarnerMedia Direct, LLC in the above-referenced action. We submit this joint letter with the consent of counsel for Plaintiff Jonathan Lalewicz pursuant to the Court's Order dated January 10, 2025 (ECF No. 53) scheduling an in-person oral argument for January 29, 2025. Defendant's counsel is unable to appear for oral argument on that date.

      We have conferred with Plaintiff's counsel, and counsel for both parties are available for oral argument on the following dates:

- Thursday, February 20, 2025;
- Friday, February 21, 2025; and
- Monday, February 24, 2025.

      If none of these dates are convenient for the Court, counsel for both parties will confer to provide dates in March 2025 on which both parties are available.

      Respectfully submitted,

      */s/ Michael W. McTigue Jr.*

      Michael W. McTigue Jr.

cc:    All counsel of record (by ECF filing)

Application GRANTED.  The conference scheduled for January 29, 2025 is hereby RESCHEDULED for **February 24, 2025** at **2:00 p.m** in **Courtroom 1005** of the **Thurgood Marshall Courthouse, 40 Centre Street, New York, New York**.  The Clerk of Court is directed to terminate ECF No. 54.

SO ORDERED.

January 14, 2025