SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
————
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3529
DIRECT FAX
(212) 777-3529
EMAIL ADDRESS
MICHAEL.MCTIGUE@SKADDEN.COM

July 7, 2025

**VIA ECF FILING**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        RE:    *Lalewicz v. WarnerMedia Direct, LLC*, No. 1:24-cv-06173-JMF

Dear Judge Furman:

    Counsel for the parties have conferred, and the parties have agreed to a stay pending appeal in this case in the interest of judicial economy and conservation of the parties' resources. Accordingly, the parties jointly request that the Court issue a stay pending appeal. *See, e.g.*, Order 1, ECF No. 28-1, *United States v. Eaton Corp.*, No. 24-3732 (6th Cir. Nov. 15, 2024) (granting stay "until 30 days after the issuance of a final judgment from this Court," "[i]n accordance with discussions held under 6 Cir. R. 33" (mediation discussions)).

    We are in the process of notifying the state court of the remand order and the orders on the administrative stay and will file a status report with this Court once that process is complete.

Hon. Jesse M. Furman
July 7, 2025
Page 2

Respectfully Submitted,

*Michael W. McTigue Jr.*

Michael W. McTigue Jr.

cc:   All counsel of record (by ECF filing)

The parties' joint request for a stay pending appeal is GRANTED. The parties are advised that the Clerk's Office reached the Tennessee court, which, upon being advised about the stay of the remand order, discarded the package. No further status updates regarding the remand order are necessary. The Clerk of Court is directed to terminate ECF No. 79.

SO ORDERED.

July 8, 2025