UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN LALEWICZ,

Plaintiff,

-v-

WARNERMEDIA DIRECT, LLC,

Defendant.

---

24-CV-6173 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On September 22, 2026, the Court was informed that the parties in this case filed a stipulation withdrawing their appeal before the Second Circuit and that the mandate has accordingly issued. *See* ECF No. 82. In light of that development, the stay pending appeal in this case is lifted and the parties are hereby ORDERED to file a joint letter **no later than September 30, 2026**, proposing next steps, including whether the Court should lift the stay on its remand order, *see* ECF No. 77.

The Clerk of Court is directed to reopen this case.

SO ORDERED.

Dated: September 23, 2026
New York, New York

JESSE M. FURMAN
United States District Judge